**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Dwight Goffney v. The State of Texas

Appellate case number:    01-19-00282-CR

Trial court case number:  1570145

Trial court:              248th District Court of Harris County

Date motion filed:        December 29, 2020

Party filing motion:      Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                     Acting for the Court

Panel consists of:  Justices Hightower and Countiss.

Date:  July 13, 2021